UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YANA PASKOVA,

                Plaintiff,        24-cv-2056 (JGK)

    - against -               ORDER

PUBLIC GOOD CONSULTING, LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The time to answer was April 15, 2024. To date, no answer has been filed. The time to answer is extended to **May 3, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 19, 2024

                                          John G. Koeltl
                                    United States District Judge